CHARLES E. DRAKE, petitioner-respondent,

*v.*

ELIZABETH DRAKE, defendant-appellant.

[Submitted November Term, 1916.   Decided March 5th, 1917.]

On appeal from a decree of the court of chancery advised by Advisory Master Magie, who filed the following opinion:

"Notwithstanding the denials of the defendant and Bellott, the evidence satisfies me that she is guilty as charged by the petitioner..

"This conclusion would ordinarily result in advising the decree *nisi* in favor of the petitioner, but, under the provision of section 28 of the Divorce.law, such a decree cannot be advised if the charges made by the defendant at her cross-petition are sustained by sufficient evidence.

"The evidence on that subject is, in my judgment, not satisfactory. It is encountered by the denials by petitioner of the charge. I would be unwilling to advise a decree thereon.

"The result of all is, that petitioner is entitled to a decree *nisi* and I will so advise."

*Mr. George W. V. Moy*, for the appellant.

*Mr. Robert N. Crane*, for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Advisory Master Magie.

25

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, HEPPENHEIMER, WILLIAMS, GARDNER—12.

*For reversal*—None.